

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2017

No. 04-17-00126-CR

Terrell **BUSH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 14-01-00046-CRW
Honorable Stella Saxon, Judge Presiding

# O R D E R

The State has filed a notice of its August 8, 2017 request for supplementation of the clerk's record and reporter's record in this appeal. *See* TEX. R. APP. P. 34.6(c), (d). The State has also filed a motion for an extension of time to file its brief until after the supplemental records are filed.

We GRANT the State's motion for extension of time to file the State's brief. The State's brief is due within 30 days after the supplemental records are filed in this appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk